HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA ASBURY-MELVIN, ) | Case No:  3:13-cv-01868-WHO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that the parties shall have an extension of time up through and including August 26, 2013 in which to file the Joint Case Management Statement.  Defendant's Answer is currently due to be filed on August 12, 2013.

**DENIED**

(See below)

|   |   |   |
|---|---|---|
| 1 |  | MELINDA L. HAAG |
| 2 |  | United States Attorney |

Dated: July 12, 2013        /s/
                                                CYNTHIA DE NARDI
                                                Special Assistant U.S. Attorney
                                                Social Security Administration


Dated: July 12, 2013        /s/
                                                HARVEY P. SACKETT
                                                Attorney for Plaintiff
                                                BRENDA ASBURY-MELVIN

As this Social Security case was recently filed and is subject to the Court's Social Security Procedural Order, the parties do not need to file a joint case management statement under the June 27, 2013 Reassignment Order.

IT IS SO ORDERED.

                                                _____
                                                HON. WILLIAM H. ORRICK
                                                United States District Judge