HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA ASBURY-MELVIN, | Case No: 3:13-cv-01868-WHO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| CAROLYN W. COLVIN, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that the parties shall have an extension of time up through and including August 26, 2013 in which to file the Joint Case Management Statement.  Defendant's Answer is currently due to be filed on August 12, 2013.

# DENIED

(See below)

1
2  MELINDA L. HAAG
   United States Attorney
3

4  Dated: July 12, 2013                              /s/
                                                   CYNTHIA DE NARDI
5                                                  Special Assistant U.S. Attorney
                                                   Social Security Administration
6

7

8

9  Dated: July 12, 2013                              /s/
                                                   HARVEY P. SACKETT
10                                                 Attorney for Plaintiff
                                                   BRENDA ASBURY-MELVIN
11

12 As this Social Security case was recently filed and is subject to the Court's Social Security Procedural
   Order, the parties do not need to file a joint case management statement under the June 27, 2013
13 Reassignment Order.

14 IT IS SO ORDERED.

15
                                                   _____
16                                                 HON. WILLIAM H. ORRICK
17                                                 United States District Judge

2