HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA L. ASBURY-MELVIN, ) | Case No: 3:13-cv-01868-WHO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Tuesday, September 24, 2013 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of cases (2) the firm presently has pending before this and other district courts that require briefing.

                                        MELINDA L. HAAG
                                        United States Attorney

1

2   Dated: September 6, 2013                    /s/
3                                               CYNTHIA B. DE NARDI
                                                Special Assistant U.S. Attorney
4                                               Social Security Administration

5

6

7
    Dated: September 6, 2013                    /s/
8                                               HARVEY P. SACKETT
                                                Attorney for Plaintiff
9                                               BRENDA L. ASBURY-MELVIN

10

11

12  IT IS SO ORDERED.

13

14
    Dated: September 6, 2013
15                                              _____
                                                HON. WILLIAM H. ORRICK
16                                              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                2