1  HARVEY P. SACKETT (72488)
2  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /jgl
8  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BRENDA L. ASBURY-MELVIN, | ) | No.: 3:13-cv-01868-WHO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER FOR |
| | ) | DISMISSAL |
| CAROLYN W. COLVIN, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

///

//

/

1

STIPULATION AND ORDER FOR DISMISSAL

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: September 24, 2013 | */s/*<br>CYNTHIA B. DE NARDI<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for the Defendant |
| Dated:  September 25, 2013 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>BRENDA L. ASBURY-MELVIN |

IT IS SO ORDERED.

Dated: September 25, 2013     _____
                              HON. WILLIAM H. ORRICK
                              United States District Judge

2

STIPULATION AND ORDER FOR DISMISSAL